**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHANNON ARKO, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 10 C 8001 |
| v. | ) ) | Judge Nordberg |
| TOMSTEN, INC. d/b/a Archiver's, The Photo Memory Store, | ) ) ) | Magistrate Finnegan |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT

Plaintiff Shannon Arko and Defendant Tomsten, Inc. d/b/a Archiver's, The Photo Memory Store, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate as follows:

1. That Plaintiff Shannon Arko's individual claims are dismissed with prejudice; and

2. That the putative claims of the absent class members, no class having been certified in this action, are dismissed without prejudice.

| | |
|---|---|
| SHANNON ARKO, | TOMSTEN, INC. d/b/a Archiver's, The Photo Memory Store, |
| By: s/ Paul F. Markoff<br>One of Plaintiff's Attorneys | By: s/ Anthony Kirwin<br>One of Defendant's Attorneys |
| Paul F. Markoff<br>Markoff Leinberger LLC<br>180 W. Washington St., Ste. 700<br>Chicago, IL 60602<br>312.726.4162 | Anthony Kirwin<br>Lindquist & Vennum PLLP<br>4200 IDS Center<br>80 S. 8th St.<br>Minneapolis, MN 55402<br>612.371.5785 |

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of this *Stipulation of Dismissal Pursuant to Settlement* on the following electronically by using the CM/ECF system on this 14th day of June, 2011:

Randall J. Pattee (rpattee@lindquist.com)
Lindquist & Vennum PLLP
4200 IDS Center
80 S. 8th St.
Minneapolis, MN 55402

Ross B. Bricker (rbricker@jenner.com)
David P. Saunders (dsaunders@jenner.com)
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654

/s/ Paul F. Markoff